UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

GARDEN CITY BOXING CLUB, INC.
as Broadcast Licensee of the September 18,
2004 De La Hoya/Hopkins Program,

Plaintiff,

-against-

THE NEW CAFE-BAR ANTEQUERA,
CORP. d/b/a Zona Rosa Lounge and LUIS
A. CUCURULLO

Defendant.
--------------------------------------------------------X

**ORDER**

07 CV 3854 (RJD)(RER)

DEARIE, Chief Judge.

On March 10, 2008, Magistrate Ramon E. Reyes, Jr., recommended that the Court award

plaintiff $4,170 in damages against defendants jointly and severally for violations of the Federal

Communications Act of 1934, as amended, 47 U.S.C. §§ 533 and 605(a). Any objections to the

report and recommendation were due on March 27, 2008. As of March 31, 2008, no objections

have been filed by the parties. The Court adopts the Magistrate Judge's recommendation.

The Clerk of the Court is hereby directed to close this case.


SO ORDERED.

Dated: Brooklyn, New York
       March 3/ , 2008

_____
RAYMOND J. DEARIE
United States District Judge